IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK IRVIN MOPPINS,

    Petitioner,               No. CIV S-06-2708 WBS GGH P

   vs.

TOM CAREY, et al.,

    Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner alleges that he was convicted of first degree murder in 1982 and sentenced to life without the possibility of parole. Petitioner alleges that the California Board of Prison Terms (BPT) violated his right to due process by failing to consider post-conviction factors in determining whether petitioner was suitable for parole.

        If petitioner was sentenced to life without the possibility of parole, the court does not understand his claim that the BPT improperly found him unsuitable for parole. Accordingly, the petition is dismissed for this reason. Rule 4, Federal Rules Governing Section 2254 Cases. Assuming petitioner appeared before the BPT for a suitability hearing, petitioner does not identify the particular hearing he is challenging. The petition is dismissed on this ground as well.

1  If petitioner files an amended petition, he must clarify these matters.

2  Accordingly, IT IS HEREBY ORDERED that the petition is dismissed with thirty
3  days to file an amended petition; failure to file a amended petition within that time will result in a
4  recommendation of dismissal of this action.

5  DATED: 12/22/06                            /s/ Gregory G. Hollows

6                                             _____
                                               GREGORY G. HOLLOWS
7                                              UNITED STATES MAGISTRATE JUDGE

8  mop2708.osc