1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK IRVIN MOPPINS,

11              Petitioner,              No. CIV S-06-2708 WBS GGH P

12       vs.

13   TOM CAREY, et al.,

14              Respondents.            <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's December 18, 2007, dismissal of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24          A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   court, or is "'adequate to deserve encouragement to proceed further.'"  <u>Jennings v. Woodford</u>,

                                          1

1  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2         Petitioner has made a substantial showing of the denial of a constitutional right in

3  the following issue presented in the instant petition: Whether this action is barred by the statute

4  of limitations.

5         Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

6  issued in the present action.

7  DATED:  January 28, 2008

8

9  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

10

11

12

13  mop2708.coa

14

15

16

17

18

19

20

21

22

23

24

25  [1]  Except for the requirement that appealable issues be specifically identified, the
26  standard for issuance of a certificate of appealability is the same as the standard that applied to
issuance of a certificate of probable cause.  <u>Jennings</u>, at 1010.